E-FILED
Monday, 03 August, 2026 02:27:41 PM
Clerk, U.S. District Court, ILCD

# URBANA

## Judge Bruce

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and entering the following Meeting ID: 16051789866. The Court will admit you from the waiting room once the hearing is ready to begin. For those participating by telephone, call (551) 285-1373 and enter the Meeting ID when prompted to do so.**

Video:
Meeting ID: 160 517 89866

Audio Only:
Phone: 551-285-1373, then enter Meeting ID